### RAYMOND *v.* GANSS et al.

#### (*Supreme Court, General Term, First Department.*   April 14, 1892.)

Appeal from special term, New York county.
Attachment by James I. Raymond against Michael Ganss and others. From an order vacating the attachment, plaintiff appeals. Affirmed.
Argued before VAN BRUNT, P. J., and O'BRIEN and ANDREWS, JJ.
*F. A. Thomson,* (*J. J. Allen,* of counsel,) for appellant. *D. Leventritt,* for respondents.

PER CURIAM. For the reasons stated in the case of *Gribbon* v. *Same Defendant,* 18 N. Y. Supp. 608, (decided herewith,) the order should be affirmed, with $10 costs and disbursements.